E. T. RENSHAW, Appellant, *v.* F. McVEAN, Respondent.

1. Renshaw v. Lloyd, *ante,* p. 368, affirmed.

### *Appeal from Moniteau Circuit Court.*

*Owens & Wood,* for appellant.

*Burke & White,* for respondent.

ADAMS, Judge, delivered the opinion of the court.

This was an action for trespass on the plaintiff's lands. The pleadings and facts and rulings of the court below are the same in this case as in the case of Renshaw v. Lloyd *et al., ante,* p. 368, and the judgment must be the same.

Judgment reversed and the cause remanded. The other judges concur.